6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Daniel Saldana

Vs.

H. E. Butt Grocery Co.

Civil

ACTION NO. *B-00-149*

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on ___11/16/00___, the Court STRUCK the filing

entitled Dft Response to motion to Remand

Pld. # 5 - _____because it did not comply with one or

more of the following Local Rules:

1.____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2.____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3.__✓__ One or more of the following are not included beneath the attorney's signature:
   (a)     state bar number; or
   (b)     Southern District of Texas Federal Bar Number; or
   (c)     office address including zip code; or
   (d)     telephone and facsimile numbers with area codes (LR 11.3(A)).

4.____ A copy of the filing was not provided (LR 5.2).

5.____ No certificate of service, or an explanation why service is not required (LR 5.4,CrLR 12.4).

6.____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.l (D),CrLR12.2).

7.____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2,CrLR 12.2).

8.____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas , this ___16th___ day of ___November, 2000___.

**Hilda G. Tagle**
**United States District Judge**