

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL SALDANA | § | |
| | § | B-00-149 |
| V. | § | CIVIL ACTION NO. B-00-1491 |
| | § | |
| H. E. BUTT GROCERY COMPANY | § | |

## DEFENDANT, H.E. BUTT GROCERY COMPANY'S
## LIST OF INTERESTED PARTIES

Defendant, H.E. Butt Grocery Company, files this list of interested parties in support thereof would show this court as follows:

1. Daniel Saldana;

2. H.E. Butt Grocery Company; and

3. H.E. Butt Grocery Company Welfare Benefit Trust.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
2600 Weston Centre
112 E. Pecan Street
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666

BY: _____
ROBERT A. VALADEZ
State Bar No. 20421845
ATTORNEY IN CHARGE

MARK A. GILTNER
State Bar No. 07964960
ATTORNEYS FOR DEFENDANT HEB

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded by certified mail, return receipt requested on the _15th_ day of November, 2000 to:

    CMRRR, #7000 0520 0022 4629 8171
    MR. JAMES A. HERRMANN
    1205 E Tyler Avenue
    Harlingen, Texas 78550

    CMRRR, #7000 0520 0022 4629 8164
    MR. GEORGE P. POWELL
    HINOJOSA & POWELL, P.C.
    612 Nolana, Suite 410
    McAllen, Texas 78504

_____
MARK A. GILTNER

158611.1

2