IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL SALDANA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-1491 |
| | § | |
| H. E. BUTT GROCERY COMPANY | § | |

**DEFENDANT, H.E. BUTT GROCERY COMPANY'S
AMENDED LIST OF INTERESTED PARTIES**

Defendant, H.E. Butt Grocery Company, files this amended list of interested parties in support thereof would show this court as follows:

1. Daniel Saldana;
2. H.E. Butt Grocery Company; and
3. H.E. Butt Grocery Company Welfare Benefit Trust.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
2600 Weston Centre
112 E. Pecan Street
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666

BY: _____
ROBERT A. VALADEZ
Southern Dist. Bar No. 10959
State Bar No. 20421845
ATTORNEY IN CHARGE

MARK A. GILTNER
Southern Dist. Bar No. 15441
State Bar No. 07964960

ATTORNEYS FOR DEFENDANT HEB

1

*United States District Court
Southern District of Texas
FILED
NOV 21 2000
Michael N. Milby
Clerk of Court*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded by certified mail, return receipt requested on the __14__ day of November, 2000 to:

MR. JAMES A. HERRMANN
1205 E Tyler Avenue
Harlingen, Texas 78550

MR. GEORGE P. POWELL
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

_____
MARK A. GILTNER

158611.1

2