10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL SALDAÑA, | § | |
| | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | |
| | § | |
| vs. | § | B-00149 |
| | § | |
| H.E.B., INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S LIST OF INTERESTED PARTIES

In compliance with this Court's Order, plaintiff hereby submits the following list of person or entities that are financially interested in the outcome of this litigation:

1. Daniel Saldaña;

2. H.E. Butt Grocery Company;

3. H.E. Butt Grocery Company Welfare Benefit Trust;

4. James A. Herrmann; and,

5. George P. Powell.

Respectfully submitted,

By: *James A Herrmann*
JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
Harlingen, TX 78550
(956) 421-5776
Fax No. (956) 421-5779

GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
Hinojosa & Powell, P.C.
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

## CERTIFICATE OF SERVICE

I, JAMES A. HERRMANN, do hereby certify that on this the 28th day of November, 2000, I caused to be mailed a true and correct copy of Plaintiff's List of Interested Parties to defendant's attorney of record:

Mr. Robert A. Valadez
Shelton & Valadez, P.C.
2600 Weston Centre
112 E. Pecan
San Antonio, TX 78205

JAMES A. HERRMANN

2

ClibPDF - www.fastio.com