13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Daniel Saldaña, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-149 |
| H.E.Butt Grocery Company, | § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on February 6, 2001, the Court considered the Parties' Joint Discovery/Case Management Plan [Dkt. No. 12], advising the Court that the Parties consent to having trial before a magistrate judge. If the Parties submit written consent to proceed before a magistrate judge no later than 3:00 p.m. on Thursday, February 8, 2001, the Parties will no longer be required to appear for Initial Pre-Trial Conference on Monday, February 12, 2001.

DONE at Brownsville, Texas, this 6th day of February 2001.

_____
Hilda G. Tagle
United States District Judge