14

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL SALDANA § | |
| § | |
| V. § | CIVIL ACTION NO. B-00-149 |
| § | |
| H. E. BUTT GROCERY COMPANY § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

---

James A. Herrmann
Law Offices of James A. Herrmann
Attorney at Law
1205 E. Tyler Avenue
Harlingen, Texas 78550
Tel No. (956) 421-5756
Fax No. (956) 421-5776
State Bar No. 09541500
Federal Bar No. 3824
and
George P. Powell
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
Tel No.: (956) 686-2413
Fax No.: (956) 686-8462
State Bar No.: 16196000
Federal Bar No.: 3849

---

Robert A. Valadez
State Bar No. 20421845
Federal Bar No. 10959
Mark A. Giltner
State Bar No. 07964960
Federal Bar No. 15441
Shelton & Valadez, P.C.
2600 Weston Centre
112 E. Pecan
San Antonio, Texas 78205
Tel. No. (210) 349-0515
Fax No. (210) 349-3666

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge _Felix Recio_ to conduct all further proceedings, including final judgment.

2/9/01
Date

Hilda Tagle
United States District Judge

1