15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 14 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL SALDANA | * | |
| | * | |
| VS | * | C.A. NO. B00-149 |
| | * | (636(c)) |
| H. E. BUTT GROCERY COMPANY | * | |

## ORDER SETTING HEARING

An initial pretrial conference in above-captioned and numbered cause of action is hereby scheduled for **February 28, 2001, at 2:00 p.m.** The parties shall be prepared to argue any motions that are ripe for ruling.

DONE at Brownsville, Texas, this 13th day of January 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison
Brownsville, Texas 78520