# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*

*FEB 28 2001*

*Michael N. Milby*
*Clerk of Court*

| | | |
|---|---|---|
| DANIEL SALDANA | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-149 |
| | * | (636(c)) |
| H.E. BUTT GROCERY COMPANY | * | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

On this 28th day of February 2001 came on to be considered Plaintiff's oral Motion for Continuance of the initial pretrial conference scheduled for February 28, 2001, and the Court, having considered said Motion, finds that said motion should be granted.

**IT IS SO ORDERED.** The Plaintiff shall file a written motion for continuance.

DONE at Brownsville, Texas, on 28th day of February 2001.

Felix Recio
United States Magistrate Judge

16