UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

DANIEL SALDANA            *
                          *
    VS                    *    C.A. NO. B00-149
                          *         (636(c))
H.E. BUTT GROCERY COMPANY *
                          *

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for **March 19, 2001, at 2:00 p.m.** The parties shall be prepared to argue any motions that are ripe for ruling.

DONE at Brownsville, Texas, this 14th day of March 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701