*18*

# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:      Jessica R Dart

Date:           March 19, 2001, 2:12 pm

---

## C.A. NO. B00-149 (636(c))

---

| DANIEL SALDANA      | * | George P Powell |
| VS                  | * |                 |
| H.E. BUTT GROCERY   | * | Robert A Valadez |
|                     |   | & Mark A Giltner |

---

### INITIAL PRETRIAL CONFERENCE

Attorneys Powell and Valadez appeared.

Presentation, response and arguments made on Motion to Dismiss (Pleading No.3) and on Motion to Remand (Pleading No. 4). **Motions taken under advisement.**

The parties agreed to a scheduling order. An order shall be issued.

*United States District Court*
*Southern District of Texas*
*FILED*

MAR 1 9 2001

Michael N. Milby
Clerk of Court