# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL SALDANA | § | |
| VS | § | CIVIL ACTION NO. B-00-149 |
| H.E. BUTT GROCERY COMPANY | § | (636(c)) |

## SCHEDULING ORDER

1.  Trial: Estimated time to try: <u>1-1/2</u> days.     ☐ Bench    ☑ Jury

2.  New parties must be joined by:     <u>NA</u>

    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by: <u>May 01, 2001</u>

4.  The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    <u>June 01, 2001</u>

5.  Discovery must be completed by:     <u>June 29, 2001</u>

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6.  All motions shall be filed by:     <u>July 30, 2001</u>

*******************************************************************************

7.  Joint pretrial order is due:     <u>August 15, 2001</u>

    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:    <u>September 06, 2001</u>

    *The case will remain on standby until tried.*

9.  Jury selection before Judge Recio is set for 9:00 a.m. on:    <u>September 07, 2001</u>

10. Jury trial date will be set will be set at the time of the jury selection.

Signed **March 19, 2001**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge