United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL SALDANA | § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-149 (§ 636(c)) |
| H. E. BUTT GROCERY COMPANY | § § § | |

## ORDER

(1) Having considered Plaintiff Saldana's Motion to Remand,[1] other related Motions,[2] and the relevant case law,[3] the Court is of the opinion that the Motion must be DENIED.

(2) Having considered Defendant H. E. Butt Grocery Company's Motion to Dismiss pursuant to FRCP 12(b)(6),[4] other related Motions,[5] and the relevant case law,[6] the Court is of the opinion that it will grant the Motion unless Plaintiff amends his pleadings by asserting a federally cognizable claim.

---

[1] See Pleading No. 4.

[2] See Pleading No. 1 at 12 (containing Plaintiff's Original Petition) and No.'s 3-6, 8 & 11.

[3] *Patin v. Allied Signal, Inc.*, 77 F.3d 782, 784-92 (5th Cir.1996) (noting in footnote 36 that "even if" §§ 416.001 and 416.002 of the Texas Labor Code "had been in effect when the Patins' cause of action accrued, [those Sections] would not change our conclusion that a cause of action for breach [of good faith and fair dealing] 'arises under' the common law;" not the Texas Workers' Compensation Act.); *Guilbeaux v. 3927 Found., Inc.*, 177 F.R.D. 387 (E.D. Tex. 1998) (holding that an employer's benefit plan that did not subscribe to the Texas Workers' Compensation Act, was an ERISA plan, and that the "Safe Harbor" provision of ERISA did not apply to nonsubscriber plans.); *Pyle v. Beverly Enterprises-Texas, Inc.*, 826 F. Supp. 206, 209-10 (N.D. Tex. 1993) (citing similar cases holding that nonsubscriber plans were covered by ERISA); *Spillers v. Webb*, 979 F.Supp. 494, 500 (S.D.Tex.1997).

[4] See Pleading No. 3.

[5] *Supra* FN2.

[6] *Supra* FN3.

(3)   Accordingly, all causes of action filed by Plaintiff, related to Defendant's alleged failure to pay benefits, will be dismissed unless Plaintiff amends his pleadings by April 30, 2001.

DONE in Brownsville, Texas this 27th day of March   2001.


Felix Recio
United States Magistrate Judge