21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL SALDANA § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-149 |
| § | |
| H.E.BUTT GROCERY COMPANY § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

## PRELIMINARY STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

This is an action brought pursuant to ERISA, 29 U.S.C. §1003 et seq. Plaintiff alleges that the Defendant failed to pay benefits provided by and guaranteed by a plan covered by ERISA.

## JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. 1330 and 29 U.S.C. §1003 et seq.

## PARTIES

2. Plaintiff Daniel Saldana is a resident of Cameron County, Texas and a former employee of H.E.B. H. E. B. is a Texas Corporation which does business in Cameron County, Texas. For purposes of this lawsuit, it is a provider of an employee benefit plan covered by ERISA.

## FACTS

3. In November of 1998 Plaintiff was employed by H. E. Butt Grocery Company in Brownsville, Texas. During the course and scope of his employment, Plaintiff received a serious injury to his back involving the failure of an orthopedic device which had been placed in his back by a previous operation.

4. Defendant is a self-insured insurer and does not provide worker's compensation. Plaintiff Saldana made a claim with the Defendant self-insurance program and received some benefits. However, because of the nature of the Plaintiff's injuries, only a few specialized surgeons were willing to perform the surgery necessary to repair the Plaintiff's back.

5. H.E.B. insurer, had selected health providers in its PPO. However, none of the providers in the H.E.B. PPO had the qualifications or willingness to perform the procedure necessary to repair the Plaintiff's back.

6. H.E.B. as the insurance carrier refused to allow the Plaintiff to seek medical care outside the PPO and refused to pay for the surgery that was necessary to repair the Plaintiff's back.

7. Because of the absence of any surgeons within the Defendant's PPO, the Plaintiff had to go to Dr. Albert Sanders in San Antonio, Texas for the surgery. Dr. Sanders is one of the few doctors in the world that performed this type of surgery. The surgery was performed at Santa Rosa Hospital in San Antonio, Texas.

8. The total cost of the surgery and follow-up treatment was and is well in excess of $100,000.00. A small portion was paid by Medicare and the rest is still owed by the

Plaintiff. The Defendant continues to fail to pay for any of his treatment, including respiratory related problems resulting from the injury.

## RELIEF REQUESTED

9. That the Court find that the Defendant H.E.B. Grocery Company has failed to pay benefits covered by its plan.

10. That the Court order Defendant H.E.B. Grocery Company to pay reasonable attorney's fees.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Court find the Defendant liable for benefits and order the Defendants to pay such benefits. Plaintiff further prays that the Court find the Plaintiff entitled to reasonable attorney's fees and order the Defendant to pay the reasonable attorney's fees.

Plaintiff's prays for all costs of court and other relief to which the Court may find him entitled.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
Telephone: 956/686-2413
Facsimile:   956/686-8462

By: _____
George P. POWELL
Attorney for Plaintiff
State Bar No. 16196000
Fed. Id. No. 3849

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was on this 26th day of April, 2001, forwarded to all opposing counsel of record addressed as follows:

J. Arnold Aguilar
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

_____
George P. Powell