22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

DANIEL SALDANA § 
 § 
 § 
v. § CIVIL ACTION NO. B-00-149
 § (§ 636(c))
H. E. BUTT GROCERY COMPANY § 

## ORDER

Having considered Defendant H.E. Butt Grocery Company's Rule 12(b)(6) Motion to Dismiss,[1] other related pleadings,[2] and the Plaintiff's First Amended Complaint,[3] the Court is of the opinion that the Defendant's Motion to Dismiss must now be DENIED. Accordingly, Plaintiff's Original Petition is hereby replaced by their First Amended Complaint.

DONE in Brownsville, Texas this 14th day of May 2001.

Felix Recio
United States Magistrate Judge

---

[1] *See* Pleading No. 3.

[2] *See* Pleading No. 20 (*containing* the Court's Order requiring Plaintiff to amend their complaint).

[3] *See* Pleading No. 21.