

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **DANIEL SALDANA** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-149 |
| | § | |
| **H.E. BUTT GROCERY COMPANY** | § | |

B-00-149

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW DANIEL SALDANA, Plaintiff by and through his attorney of record George P. Powell and makes this his motion to voluntarily dismiss the above case and would show the Court as follows:

I.

Because of the nature of the case as it presently exists, to-wit, as an ERISA case, there is no reason to pursue it. All relief that might come to the plaintiff will be provided in a parallel case styled Cause No. 2000-07-2892-G, DANIEL SALDANA, SR., AS NEXT FRIEND OF DANIEL SALDANA, JR., AND ON BEHALF OF THE ESTATE OF DANIEL SALDANA, JR. and MARTHA SALDANA, AS FRIEND OF AUSTIN SALDANA, A MINOR CHILD vs. H.E.B. INC. in the 404th District Court, Cameron County, Texas and is set for trial on December 1, 2001 and includes not only medical expenses but also many other issues.

It should also be noted that all monies which the Plaintiff might acquire in this case

would go directly to Medicare or Medicaid. The same will take place in the other case.

Daniel Saldana, Jr., Plaintiff died on June 16, 2001. This action is approved by the Estate of which of his father, Daniel Saldana, Sr. is the administrator.

This motion has been discussed with the Defendant and the Defendant does not oppose it.

The motion is made for the purpose of judicial economy and because the narrow issue covered by this case, payment of medical expenses, will also be covered by the state case, while the state case also includes other tort issues. Accordingly, there is no reason to do both cases and maybe even both trials.

WHEREFORE, Plaintiff prays that the Court dismiss this case without prejudice.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
Telephone: 956/686-2413
Facsimile: 956/686-8462

By: _____
George P. POWELL
Attorney for Plaintiff
State Bar No. 16196000
Fed. Id. No. 3849

## CERTIFICATE OF CONFERENCE

On the 7th day of August, 2001 I spoke with Mark Giltner and he does not oppose the filing of this motion.

_____
GEORGE P. POWELL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was on this 14th day of August, 2001, forwarded to all opposing counsel of record addressed as follows:

Mark Giltner
Attorney at Law
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

_____
George P. Powell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL SALDANA § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-1491 |
| § | |
| H.E. BUTT GROCERY COMPANY § | |

## ORDER

Having reviewed the Plaintiff's Motion to Voluntarily Dismiss, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the above styled cause be dismissed without prejudice.

_____
JUDGE PRESIDING