26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL SALDANA | § § § | |
| vs. | § | CIVIL ACTION NO. B-00-149 |
| H.E.BUTT GROCERY COMPANY | § § | (636(c)) |

ORDER

Having reviewed the Plaintiff's Motion to Voluntarily Dismiss, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the above styled cause be dismissed without prejudice.

DONE at Brownsville, Texas, this 20th day of August, 2001.

_____
JUDGE PRESIDING